UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-509 MJD/JGL

UNITED STATES OF AMERICA,
Plaintiff,
v.
SANDRA K. BEACOM,
Defendant.

STIPULATION

It is hereby stipulated and agreed by the parties that the defendant may be granted an additional period of time up to and including April 15, 2000, to move, answer, or otherwise respond to plaintiff's Complaint.

Dated: March 30, 2000

B. TODD JONES
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

JOHN ENGELS
Attorney for Defendant

IT IS SO ORDERED.

Dated: March 31, 2000

United States Magistrate Judge
United States District Court

MAR 31 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK