UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-509 (MJD/JGL)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**PRETRIAL ORDER**

SANDRA KAY BEACOM,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one day;

2. All motions which seek to amend any pleading or to add any parties must be filed and heard prior to July 1, 2000;

3. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to July 1, 2001;

4. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to October 1, 2001; and

5. This case will be considered "ready for trial" as of October 1, 2001.

DATED: June 2, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed JUN 02 2000
Francis E. Dosal, Clerk
Judgment Entd.__________
Deputy Clerk__________