UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-509 MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA KAY BEACOM,<br><br>Defendant. | ) | STIPULATED ORDER |

The parties stipulate and agree as follows:

1. Unless this case is otherwise settled, defendant Sandra Beacom will provide full and complete answers to interrogatories and responses to requests for production of documents, served by plaintiff on December 26, 2000, by no later than April 1, 2001.

2. If defendant fails to provide full and complete answers to interrogatories and responses to requests for production of documents by April 1, 2001, defendant's answer shall be stricken as a sanction for failure to respond to discovery, and the Court may enter judgment for plaintiff and against defendant, without further notice to defendant, in the principal sum of $2,826.81, plus $2,039.53 in prejudgment interest through January 22, 2000, plus additional prejudgment interest at the rate of 8.41% from January 22, 2000, and in the principal sum of $2,877.21, plus $2,184.14 in prejudgment interest through January 22, 2000, plus additional prejudgment interest at the rate of 9.13% from January 22, 2000, to the date judgment is entered, post judgment interest at the legal

FILED MAR 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

rate and, pursuant to 28 U.S.C. § 2412, costs of $150.00.

Dated: March 22, 2001

ROBERT M. SMALL
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorney for Plaintiff

Dated: 3/22/01

Sandra Beacom

SANDRA BEACOM, Defendant

Dated: 3/22/01

JOHN A. ENGELS, Esq.
Attorney I.D. No. 0276510
117 West 5th Street
Blue Earth, MN 56013
(507) 526-2177
Attorney for Defendant

IT IS SO ORDERED.

Dated: March 23, 2001

U.S. District Court