UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-509 MJD/JGL

UNITED STATES OF AMERICA,

Plaintiff,

v.

SANDRA KAY BEACOM,

Defendant.

ORDER OF JUDGMENT

IT IS HEREBY ORDERED that a judgment in the principal amount of $2,826.81, plus interest to January 22, 2000, in the amount of $2,039.53, together with additional prejudgment interest at the rate of 8.41% per annum from January 22, 2000, and in the principal amount of $2,877.21, plus interest to January 22, 2000, in the amount of $2,184.14, together with additional prejudgment interest at the rate of 9.13% per annum from January 22, 2000, plus additional costs and, pursuant to 28 U.S.C. § 2412, costs in the amount of $150.00, plus postjudgment interest at the legal rate from the date of this Judgment until paid in full, shall be immediately entered in favor of the United States of America and against defendant, Sandra Kay Beacom.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Michael J. Davis

Judge
United States District Court

August 29, 2001

FILED Aug 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK